# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-02015-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANT GINA LEGURIA TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HER<br><br>(Doc. 22)<br><br>TWENTY-DAY DEADLINE |

　　　　Plaintiff Derrick J. Thomas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2009. This action is proceeding on Plaintiff's amended complaint, filed on March 3, 2011, against Defendants Stanislaus County Board of Supervisors, Stanislaus County Sheriff's Department, Sheriff Adam Christianson, Policy Manager Gina Leguria, Captain William Duncan, Lieutenants Ronald Lloyd and Gregg Clifton, and Sergeant M. White arising out of the failure to provide Plaintiff with adequate outdoor exercise.

　　　　Defendant Leguira was personally served by the United States Marshal on March 28, 2012, and her response to the amended complaint was due on or before April 18, 2012. Fed. R. Civ. P. 4, (e), 12(a)(1)(A)(I). Defendant Leguira has not filed a response.[1]

　　　　Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20) days** from the date of service of this order, Defendant Leguira shall show cause why default shall not be entered against her;

---

[1] The other defendants filed an answer on October 25, 2011, and there is a scheduling order in place.

1

2.      The failure to file a response to this order will result in entry of default;

3.      The issuance of this order operates as an extension of twenty days from the date of service of this order to respond to the amended complaint; and

4.      The Clerk's Office shall serve a copy of this order on Gina Leguira, Policy Manager, 250 E. Hackett Rd., Modesto, CA 95358.

IT IS SO ORDERED.

**Dated:**    **April 26, 2012**            /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE