# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. THOMAS, | CASE NO. 1:09-cv-02015-AWI-SKO PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUESTING DEFENDANT LEGURIA TO FILE RESPONSE OR JOIN IN PREVIOUSLY-FILED ANSWER WITHIN TWENTY DAYS |
| v. | |
| STANISLAUS COUNTY, et al., | |
| Defendants. | (Docs. 28 and 29) |

This is a civil rights action pursuant to 42 U.S.C. § 1983 by Plaintiff Derrick J. Thomas, a prisoner proceeding pro se and in forma pauperis. On April 26, 2012, the Court ordered Defendant Leguria (Defendant) to show cause why default should not be entered against her for failing to file a response to Plaintiff's complaint. The USM-285 form filed by the United States Marshal on April 24, 2012, reflected that on March 28, 2012, personal service had been accepted on behalf of Defendant by a supervisor with the County.

On May 3, 2012, Defendant filed a response to the order show cause. Defendant attests that because she has not been employed by the County since March 12, 2010, service could not have been accepted on her behalf and she was never informed by anyone with the County that service had been attempted. Defendant has expressed her willingness to voluntarily appear in this action, however, once the pending order to show cause has been resolved.

Accordingly, good cause having been shown, it is HEREBY ORDERED that:

1. The order to show cause why default should not be entered is discharged; and

///

1

2.   Within **twenty (20) days** from the date of service of this order, Defendant Leguria is requested to either file a response to the complaint or join in the answer filed on October 25, 2011.

IT IS SO ORDERED.

**Dated:   May 4, 2012**                             /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE