# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. THOMAS, | CASE NO. 1:09-cv-02015-AWI-SKO PC |
| Plaintiff, | ORDER TO SHOW CAUSE RE SANCTIONS |
| v. | (Docs. 29 and 30) |
| STANISLAUS COUNTY, et al., | TWENTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Derrick J. Thomas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2009. This action is proceeding against Defendants Stanislaus County Board of Supervisors, Stanislaus County Sheriff's Department, Sheriff Adam Christianson, Policy Manager Gina Leguria, Captain William Duncan, Lieutenants Ronald Lloyd and Gregg Clifton, and Sergeant M. White arising out of the failure to provide Plaintiff with adequate outdoor exercise.

On May 3, 2012, Defendants' counsel filed a response on behalf of Defendant Gina Leguria in which he represented that she would voluntarily appear and file a response to Plaintiff's complaint once the order to show cause why default should not be entered, which was filed on April 26, 2012, was resolved.

On May 7, 2012, the Court discharged the order to show cause in question and directed Defendant Leguria to file her response or join in the previously-filed answer within twenty days. To date, Defendant has not responded to the order.

///

///

Accordingly, Defendant Leguria and her counsel are HEREBY ORDERED TO SHOW CAUSE, within **twenty (20) days** from the date of service of this order, why sanctions should not be imposed against them for failure to comply with the Court's order.

IT IS SO ORDERED.

**Dated:**     **October 3, 2012**                    /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE