1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8    DERRICK J. THOMAS,                              CASE NO. 1:09-cv-02015-AWI-SKO PC

9              Plaintiff,                             ORDER TO SHOW CAUSE RE SANCTIONS

10         v.                                         (Docs. 29 and 30)

11   STANISLAUS COUNTY, et al.,                       TWENTY-DAY DEADLINE

12              Defendants.

13   _____/

14         Plaintiff Derrick J. Thomas,  a prisoner proceeding pro se and in forma pauperis, filed this

15   civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2009.  This action is proceeding

16   against Defendants Stanislaus County Board of Supervisors, Stanislaus County Sheriff's Department,

17   Sheriff Adam Christianson, Policy Manager Gina Leguria, Captain William Duncan, Lieutenants

18   Ronald Lloyd and Gregg Clifton, and Sergeant M. White arising out of the failure to provide Plaintiff

19   with adequate outdoor exercise.

20         On May 3, 2012, Defendants' counsel filed a response on behalf of Defendant Gina Leguria

21   in which he represented that she would voluntarily appear and file a response to Plaintiff's complaint

22   once the order to show cause why default should not be entered, which was filed on April 26, 2012,

23   was resolved.

24         On May 7, 2012, the Court discharged the order to show cause in question and directed

25   Defendant Leguria to file her response or join in the previously-filed answer within twenty days.  To

26   date, Defendant has not responded to the order.

27   ///

28   ///

1

1    Accordingly, Defendant Leguria and her counsel are HEREBY ORDERED TO SHOW

2  CAUSE, within **twenty (20) days** from the date of service of this order, why sanctions should not

3  be imposed against them for failure to comply with the Court's order.

4

5

6

7  IT IS SO ORDERED.

8  **Dated:    October 3, 2012**                    /s/ **Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28