# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-02015-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANTS TO NOTIFY COURT RE WILLINGNESS TO PARTICIPATE IN SETTLEMENT CONFERENCE<br><br>TEN-DAY DEADLINE |

　　　Plaintiff Derrick J. Thomas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2009. This matter is set for a telephonic trial confirmation hearing on May 28, 2013, and jury trial on July 9, 2013. The parties have not participated in a settlement conference and Plaintiff expressed his willingness to participate in one.

　　　Accordingly, within **ten (10) days** from the date of service of this order, Defendants shall notify the Court, via filing, whether they are willing to participate in a settlement conference.

IT IS SO ORDERED.

**Dated:   May 10, 2013**　　　　　　　　　　　　／s／ **Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE