# DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick J. Thomas,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Stanislaus County, et al.,<br><br>　　　　Defendants. | No.   1:09-cv-02015-AWI-SKO PC<br><br>Stipulation and Order of Dismissal |

The parties have completed all terms of the settlement agreement they reached in this matter and agree and request that this matter be dismissed in its entirety with prejudice.

Dated:  June 10, 2013

/s/ Dan Farrar

Dan Farrar
Attorney for Defendants

Dated:  June 10, 2013

Original Signature maintained by Dan Farrar

Derrick Thomas

**ORDER**

**This entire action is dismissed with prejudice.**

IT IS SO ORDERED.

Dated:   June 11, 2013

SENIOR  DISTRICT  JUDGE

Stip. And Order of Dismissal                                                                                                                1