# DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick J. Thomas, | No.  1:09-cv-02015-AWI-SKO PC |
| Plaintiff, | |
| vs. | Stipulation and Order of Dismissal |
| Stanislaus County, et al., | |
| Defendants. | |

The parties have completed all terms of the settlement agreement they reached in this matter and agree and request that this matter be dismissed in its entirety with prejudice.

Dated: June 10, 2013

/s/ Dan Farrar

Dan Farrar
Attorney for Defendants

Dated: June 10, 2013

Original Signature maintained by Dan Farrar

Derrick Thomas

**ORDER**

**This entire action is dismissed with prejudice.**

IT IS SO ORDERED.

Dated:  June 11, 2013

_____
SENIOR DISTRICT JUDGE

Stip. And Order of Dismissal                                                                                      1